UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>     Defendants. | Civil Action No. 1:25-CV-06534 (MFK) |

**JOINT MOTION FOR STAY OF REPSONSE DEADLINES
PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Plaintiff Trevor Shouse ("Plaintiff") and Defendants Tempus AI, Inc., Eric Lefkofsky, and Jim Rogers ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, file this Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff and Lead Counsel. The Parties request that the Court stay Defendants' time to answer, move, or otherwise respond to any complaint in this action pending appointment of a lead plaintiff and lead counsel, and further ordering that within ten (10) days after entry of an order appointing lead plaintiff(s) and lead counsel, lead plaintiff(s) and Defendants shall meet and confer, and submit to the Court a proposed schedule for the filing of an amended complaint, or the designation of an operative complaint, and response thereto. Good cause exists for this request. In support, the Parties state as follows.

  1.  On June 12, 2025, Plaintiff filed a putative securities class action complaint against the Defendants, asserting claims for violations of the federal securities laws under the Securities Exchange Act of 1934 ("Complaint," Dkt. No. 1);

  2.  The undersigned counsel for Defendants has agreed to waive service of the

summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

3. This action is governed by the Private Securities Litigation Reform Act ("PSLRA"), which provides that (i) not later than 20 days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the putative class, (ii) not later than 60 days after the date on which the notice is published, any member of the putative class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the court shall appoint lead plaintiff(s) and lead counsel, see 15 U.S.C. § 78u4(a)(3);

4. Plaintiff published notice of the filing of this action on June 13, 2025, and motions for appointment of lead plaintiff and lead counsel are due no later than August 12, 2025;

5. The Parties anticipate that an amended complaint will be filed or the Complaint will be designated as the operative complaint after the determination of any lead plaintiff motion(s) in this action by the Court-appointed lead plaintiff;

6. Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the operative complaint;

7. The PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, see 15 U.S.C. § 78u-4(b)(3)(B).

8. The Parties have conferred and agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendants should not respond to the Complaint until after the Court has appointed a lead plaintiff and lead

counsel and the lead plaintiff has filed an amended complaint or designated an operative complaint.

WHEREFORE, the Parties respectfully request that the Court enter an order as follows:

1. The undersigned counsel for the Defendants hereby waives service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3. Within ten (10) days of entry of an order appointing a lead plaintiff and lead counsel, lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint, or designation of an operative complaint, and Defendants' response thereto.

Dated:  Respectfully submitted,

*/s/ Nicholas J. Siciliano*
Nicholas J. Siciliano (Bar No. 6287387)
Sean M. Berkowitz (Bar No. 6209701)
John Joseph Barber (Bar No. 6285692)
**LATHAM & WATKINS LLP**
330 N. Wabash, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
sean.berkowitz@lw.com
nicholas.siciliano@lw.com
jack.barber@lw.com

Jordan Mundell (*pro hac vice* forthcoming)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600

*/s/ Andrew J. Shamis* (with consent)
Andrew J. Shamis (Bar No. 6337427)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

Scott Edelsberg (*pro hac vice* forthcoming)
Gabriel Mandler (*pro hac vice* forthcoming)
**EDELSBERG LAW, P.A.**
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9471
scott@edelsberglaw.com
gabriel@edelsberglaw.com

jordan.mundell@lw.com *Attorneys for Plaintiff Trevor Shouse*

*Attorneys for Defendants Tempus AI, Inc.
Eric Lefkofsky, and Jim Rogers*

4