## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated, | Case No. 1:25-cv-06534 |
| Plaintiff, | **Judge Matthew Kennelly** |
| v. | |
| TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS | |
| Defendants. | |

## MOTION OF DAVID ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

David Ross ("Ross") respectfully moves this Court for entry of an Order: (i) appointing Ross as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (ii) approving his selection of Glancy Prongay & Murray LLP as Lead Counsel and Miller Law LLC as Liaison Counsel for the proposed class; and (iii) granting such other relief as the Court may deem just and proper.

In support of his motion, Ross relies on the accompanying memorandum of law, and the following exhibits:

Exhibit A: Press release published June 13, 2025 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Ross's Signed PSLRA Certification;

Exhibit C: Analysis of Ross's financial interest;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E: Firm résumé of Miller Law LLC.

A proposed order is also submitted in compliance with the proposed order procedure.

Ross does not presently know whether this motion will be agreed or opposed. The PSLRA provides that any member of the proposed class may move to be appointed as lead plaintiff within 60 days after publication of the notice of the action. As such, Ross's counsel does not know which class members, if any, will file competing lead plaintiff motions, or whether the competing movants will agree to or oppose Ross's motion. While other lead plaintiff movants may oppose this motion under the PSLRA, Defendants do not have a right granted by the PSLRA to oppose this motion.

1

Dated: August 12, 2025

Respectfully submitted,

By:  s/ *Marvin A. Miller*
Marvin A. Miller
Lori A. Fanning
**MILLER LAW LLC**
53 W. Jackson Blvd., Suite 1320
Chicago, IL 60604
Telephone: (312) 332-3400
lfanning@millerlawllc.com
mmiller@millerlawllc.com

*Counsel for David Ross and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for David Ross and Proposed Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*