# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Tempus AI, Inc.
**Ticker:** TEM
**Class Period:** August 6, 2024 to May 27, 2025
**Name:** David Ross

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/14/2025 | 340 | $87.4700 | -$29,739.8000 | | $0.0000 | -$29,739.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **340** | | | | **Subtotal:** | **-$29,739.80** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $21,038.02 |
| | | | $61.8765 | | **Total:** | **-$8,701.78** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between May 28, 2025 and August 11, 2025.