**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TREVOR SHOUSE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>    Defendants. | Case No: 1:25-cv-06534<br><br>Judge: Matthew F. Kennelly |

**MOTION OF YISONG YE FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that Yisong Ye ("Movant"), by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order ([Proposed] attached hereto): (i) appointing Movant as Lead Plaintiff; and (ii) approving Movant's selection of Shamis & Gentile, P.A. and Edelsberg Law, P.A. as Co-Lead Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration, along with attached exhibits, in support of this motion.

Dated: August 12, 2025                              Respectfully submitted,

                                                   **SHAMIS & GENTILE, P.A.**

                                           By: */s/ Andrew J. Shamis*
                                               Andrew J. Shamis
                                               Illinois Bar No.: 6337427
                                               14 NE 1st Avenue, Suite 705
                                               Miami, FL 33132
                                               Tel: (305) 479-2299
                                               Email: ashamis@shamisgentile.com

                                               *[Proposed]Co- Lead Counsel for*
                                               *Movant and the Class*

                                               **EDELSBERG LAW, P.A.**
                                               Scott Edelsberg
                                               Illinois Bar No.: 100537
                                               Gabriel Mandler
                                               Illinois Bar No.: 1002499
                                               20900 NE 30th Avenue, Suite 417
                                               Aventura, FL 33180
                                               Tel: (786) 289-9471
                                               Fax: (786) 623-0915
                                               Email: scott@edelsberglaw.com
                                               Email: gabriel@edelsberglaw.com

                                               *[Proposed]Co- Lead Counsel for*
                                               *Movant and the Class*

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Andrew J. Shamis, one of the attorneys for plaintiff, hereby certify that on August 12, 2025, service of the foregoing *Motion of Yisong Ye for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                           */s/Andrew J. Shamis*
                                           Andrew J. Shamis, Esq.

2