**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TREVOR SHOUSE, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| vs. | Case No: 1:25-cv-06534 |
| TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS, | Judge: Matthew F. Kennelly |
| Defendants. | |

**DECLARATION OF ANDREW J. SHAMIS IN SUPPORT OF MOTION TO APPOINT YISONG YE AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Andrew J. Shamis, hereby declares;

1.    I am the Managing Partner of Shamis & Gentile, P.A., proposed Co-Lead Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Yisong Ye ("Movant") to be appointed Lead Plaintiff for the Class and for approval of Lead Plaintiff's selection of Shamis & Gentile, P.A. and Edelsberg Law, P.A. as Co-Lead Counsel for the Class.

2.    Attached hereto as Exhibit 1 is a true and correct copy of a PSLRA early notice.

3.    Attached hereto as Exhibit 2 is a true and correct copy of Movant's PSLRA certification.

4.    Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.    Attached hereto as Exhibit 4 is a copy of the firm resume of Shamis & Gentile, P.A.

6.    Attached hereto as Exhibit 5 is a copy of the firm resume of Edelsberg Law, P.A.

2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2025.

/s/ *Andrew J. Shamis*
Andrew J. Shamis, Esq.

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Andrew J. Shamis, one of the attorneys for plaintiff, hereby certify that on August 12, 2025,  service of the foregoing ***Declaration of Andrew J. Shamis Hurst in Support of Motion of Yisong Ye for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


*/s/Andrew J. Shamis*
Andrew J. Shamis, Esq.

# EXHIBIT 1



*Source:* *Shamis & Gentile, P.A.*

*June 13, 2025 15:00 ET*

# Shamis & Gentile, P.A. Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Tempus AI, Inc. and Sets a Lead Plaintiff Deadline of August 12, 2025

MIAMI, June 13, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Shamis & Gentile, P.A:

**To: All persons or entities who purchased or otherwise acquired Tempus AI, Inc. ("Tempus" or the "Company") (NASDAQ:TEM) common stock between August 6, 2024 and May 27, 2025, inclusive. <u>You are hereby notified</u>** that the class action lawsuit *Shouse v. Tempus AI. Inc., et al.,* Case No. 1:25-cv-06534 has been commenced in the United States District Court for the Northern District of Illinois. For more information go to:

<u>Securities Fraud Class Action</u>

Impacted investors may also contact attorney Andrew Shamis at securites@shamisgentile.com or (305) 479-2299. **There is no cost or obligation to you.**

The complaint alleges Tempus branded itself as an AI company despite having little history of generating significant revenues from AI solutions. Instead, the Company generated most of its revenues from acquisitions, genomic testing and data licensing agreements. Defendants repeatedly claimed that the contract value and quality of its data licensing agreements with life science companies were secure and expanding. The Company often reported on its relationship with long-term customer AstraZeneca as an example. Importantly, Tempus announced an expanding contract with AstraZeneca via a joint venture between the Company, AstraZeneca and Pathos AI. The Company similarly announced a joint venture with SoftBank as a way to generate revenue growth by entering the Japanese market. Tempus additionally claimed high revenue potential for Ambry Genetics, a target it acquired. The Company claimed Ambry Genetic's accelerated growth was on account of its strong relationships with health care providers.

On May 28, 2025, Spruce Point Capital Management, LLC issued a research report on Tempus that raised numerous red flags over Tempus' management, operations and financial reporting (the "Spruce Point Report"). The Spruce Point Report scrutinized Tempus on an array of issues, including: (1) Tempus CEO Eric Lefkofsky and his associates have a history cashing out of companies before public shareholders incur losses or lackluster returns; (2) Tempus' actual AI capabilities are over overstated; (3) board members and other executives have been associated with troubled companies that restated financial results; (4) signs of aggressive accounting and financial reporting; (4) issues with the AstraZeneca and Pathos AI deal that merit scrutiny; and (5) the Company's recent financial guidance revision reveals weakness in core operations.

On this news, the price of Tempus common stock fell $12.67 per share, or 19.23%, from a closing price of $65.87 per share on May 27, 2025, to a closing price of $53.20 per share on May 28, 2025.

If you suffered a loss in Tempus common stock, you have until August 12, 2025 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**About Shamis & Gentile P.A.**

Shamis & Gentile, P.A. stands out as an advocate for investors who are victims of securities fraud. The firm is committed to securing recoveries for investors who have incurred damages due to false and misleading statements or other corporate misconduct by public companies. Shamis Gentile has recovered over $1 billon for consumers nationwide. Its extensive experience, expertise, and resources, enable the firm to resolve disputes in a wide range of matters, including class actions, mass torts, and mass arbitrations.

**Contact**

Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Ave, Ste 705
Miami, FL 33132
securites@shamisgentile.com
Tel: (305) 479-2299
www.ShamisGentile.com

# EXHIBIT 2

## PLAINTIFF'S SWORN CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Yisong Ye, hereby certify as follows:

1.       I am fully authorized to enter into and execute this Certification and to institute legal action against Tempus AI, Inc. ("Tempus") and other defendants.  I have reviewed a complaint filed against Tempus and other defendants, alleging violations of the federal securities laws on behalf of all those who purchased or otherwise acquired Tempus securities, and authorize its filing and/or the filing of a Lead Plaintiff motion.

2.       I did not purchase or acquire Tempus securities at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.       I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.

4.       My transactions in Tempus securities during the Class Period are identified in the annexed table.

5.       I have not served nor sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years.

6.       I will not accept payment for serving as a lead plaintiff beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9  th day of August, 2025.        _____
                                                           Yisong Ye

**ANNEX**
**TABLE OF TRANSACTIONS**
**Tempus AI, Inc. (NASDAQ: TEM)**

| DATE | TRANS TYPE | NO. SHARES | PRICE |
|------|-----------|-----------|-------|
| 3/31/2025 | BUY | 1.2261 | $44.86 |
| 3/28/2025 | BUY | 1.1536 | $47.70 |
| 3/13/2025 | BUY | 1.2861 | $42.77 |
| 3/13/2025 | BUY | 2.4891 | $44.60 |
| 3/10/2025 | BUY | 2.5085 | $44.25 |
| 3/10/2025 | BUY | 3.0186 | $44.06 |
| 3/10/2025 | BUY | 2.4711 | $44.92 |
| 3/7/2025 | BUY | 2.4377 | $45.54 |
| 3/6/2025 | BUY | 2.4924 | $48.95 |
| 3/4/2025 | BUY | 4.5920 | $48.35 |
| 3/3/2025 | BUY | 1.9172 | $52.16 |
| 3/3/2025 | BUY | 4.0650 | $54.61 |
| 2/28/2025 | BUY | 4.1380 | $53.65 |
| 3/25/2025 | BUY | 10.7406 | $55.86 |
| 2/21/2025 | BUY | 6.9541 | $71.90 |
| 2/21/2025 | BUY | 6.8405 | $73.09 |
| 2/20/2025 | BUY | 6.7136 | $74.18 |
| 2/20/2025 | BUY | 6.7944 | $73.59 |
| 2/20/2025 | BUY | 12.7129 | $78.66 |
| 2/18/2025 | BUY | 665.6761 | $84.13 |
| 2/14/2025 | BUY | 75.6119 | $85.97 |
| 2/14/2025 | BUY | 0.0113 | $88.27 |
| 2/14/2025 | BUY | 0.0113 | $88.27 |
| 2/14/2025 | BUY | 74.1486 | $87.66 |
| 2/14/2025 | BUY | 464.9675 | $88.18 |
| 2/14/2025 | BUY | 0.0112 | $89.19 |
| 2/13/2025 | BUY | 0.0125 | $80.22 |
| 2/13/2025 | BUY | 75.5540 | $79.91 |
| | | | |
| 2/20/2025 | SELL | 6.6782 | $74.64 |
| 2/14/2025 | SELL | 69.9009 | $88.73 |
| 2/14/2025 | SELL | 69.9000 | $88.73 |
| 2/14/2025 | SELL | 539.1275 | $88.83 |
| 2/13/2025 | SELL | 75.5671 | $80.02 |

Doc ID: ab33da0013f0159792911f4da6ce3c76621377c5

# EXHIBIT 3

**Tempus AI, Inc.**
**Class Period: 8/6/2024 - 5/27/2025**

Lookback
Price
**$61.88**

| Movant | Date Purchased | Share Qty. | Price Per Share | Total | Date Sold | Share Qty. | Price Per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yisong Ye | 2/13/2025 | 0.0125 | $80.22 | ($1) | 2/13/2025 | 75.5671 | $80.02 | $6,047 | | | |
| | 2/13/2025 | 75.5540 | $79.91 | ($6,038) | 2/14/2025 | 69.9009 | $88.73 | $6,202 | | | |
| | 2/14/2025 | 75.6119 | $85.97 | ($6,500) | 2/14/2025 | 69.9000 | $88.73 | $6,202 | | | |
| | 2/14/2025 | 0.0113 | $88.27 | ($1) | 2/14/2025 | 539.1275 | $88.83 | $47,891 | | | |
| | 2/14/2025 | 0.0113 | $88.27 | ($1) | 2/20/2025 | 6.6782 | $74.64 | $498 | | | |
| | 2/14/2025 | 74.1486 | $87.66 | ($6,500) | | | | | | | |
| | 2/14/2025 | 464.9675 | $88.18 | ($41,001) | | | | | | | |
| | 2/14/2025 | 0.0112 | $89.19 | ($1) | | | | | | | |
| | 2/18/2025 | 665.6761 | $84.13 | ($56,003) | | | | | | | |
| | 2/20/2025 | 6.7136 | $74.18 | ($498) | | | | | | | |
| | 2/20/2025 | 6.7944 | $73.59 | ($500) | | | | | | | |
| | 2/20/2025 | 12.7129 | $78.66 | ($1,000) | | | | | | | |
| | 2/21/2025 | 6.9541 | $71.90 | ($500) | | | | | | | |
| | 2/21/2025 | 6.8405 | $73.09 | ($500) | | | | | | | |
| | 2/28/2025 | 4.1380 | $53.65 | ($222) | | | | | | | |
| | 3/3/2025 | 1.9172 | $52.16 | ($100) | | | | | | | |
| | 3/3/2025 | 4.0650 | $54.61 | ($222) | | | | | | | |
| | 3/4/2025 | 4.5920 | $48.35 | ($222) | | | | | | | |
| | 3/6/2025 | 2.4924 | $48.95 | ($122) | | | | | | | |
| | 3/7/2025 | 2.4377 | $45.54 | ($111) | | | | | | | |
| | 3/10/2025 | 2.5085 | $44.25 | ($111) | | | | | | | |
| | 3/10/2025 | 3.0186 | $44.06 | ($133) | | | | | | | |
| | 3/10/2025 | 2.4711 | $44.92 | ($111) | | | | | | | |
| | 3/13/2025 | 1.2861 | $42.77 | ($55) | | | | | | | |
| | 3/13/2025 | 2.4891 | $44.60 | ($111) | | | | | | | |
| | 3/25/2025 | 10.7406 | $55.86 | ($600) | | | | | | | |
| | 3/28/2025 | 1.1536 | $47.70 | ($55) | | | | | | | |
| | 3/31/2025 | 1.2261 | $44.86 | ($55) | | | | | | | |
| **Yisong Ye** | | **1,441** | | **($121,274)** | | **761** | | **$66,841** | **679** | **$42,038** | **($12,396)** |

# EXHIBIT 4



**Our Firm**

Shamis & Gentile, P.A. has and continues to provide outstanding legal services in the Florida, New York, New Jersey, Texas, Georgia, Illinois, Ohio, Arizona, Missouri, and Washington communities. Shamis & Gentile, P.A. distinguishes itself because of our experience and legal resources to handle virtually any case involving class action, mass tort, mass arbitration, personal injury, personal injury protection, and contract disputes. Specifically, as it relates to class actions, Shamis & Gentile, P.A. has filed and litigated thousands of banking, insurance, data privacy, deceptive and unfair trade practice and product liability cases, often through contested class certification and even until trial. At Shamis & Gentile, P.A our seasoned attorneys are some of the most innovative and progressive attorneys in the profession. Often, Shamis & Gentile, P.A. is called upon to litigate and settle cases that other law firms may not be able to handle on their own.

Shamis & Gentile, P.A is committed to practicing law with the highest level of integrity in an ethical and professional manner. We are a diverse firm with lawyers and staff from all walks of life. Our lawyers and other employees are hired and promoted based on the quality of their work and their ability to treat others with respect and dignity.

**Who We Are**

**Andrew Shamis** is the managing partner at Shamis & Gentile, P.A. Mr. Shamis heads the class action and mass torts divisions of the firm, where his extensive experience in civil litigation has gained him the reputation of an attorney who can deliver where it matters the most, monetary results for his clients. Mr. Shamis has recovered over 1 billion dollars for consumers and plaintiffs throughout the country through his relentlessness, expertise, and calculated approach. Mr. Shamis is routinely certified class counsel and has successfully litigated over 10,000 civil cases in his young career.

Mr. Shamis is admitted to practice law in the states of Arizona, Florida, Georgia, Illinois, Missouri, New York, Ohio, Texas, and Washington as well as the U.S. District Courts for the Southern, Middle, and Northern Districts of Florida, Northern, Eastern, Western, and Southern Districts of New York, Northern, Southern, Central Districts of Illinois, Northern, Middle, and Southern Districts of Georgia, Eastern and Western Districts of Michigan, Eastern and Western Districts of Wisconsin, Northern and Southern Districts of Ohio, Eastern and Western Districts of Missouri, Eastern, Western, and Northern Districts of Oklahoma, Northern, Western, Eastern, and Southern Districts of Texas, Southern District of Indiana, U.S. District Court of Colorado, U.S. District Court of Conneticut, U.S. District Court of Arizona, and the U.S. District Court of Nebraska.

Mr. Shamis specializes in Consumer Protection Class Action Litigation, Mass Torts, Mass

Arbitration, Personal Injury, Wrongful Death, as well as General Civil Litigation.

**Angelica Gentile** is a named partner at Shamis & Gentile P.A. Ms. Gentile heads the catastrophic injury, personal injury, and personal injury protection divisions of Shamis & Gentile, P.A. Ms. Gentile is recognized throughout the legal community as an extremely professional and efficient attorney. Ms. Gentile is admitted to practice law in both Florida and Texas and has extensive civil litigation experience, involving hundreds of depositions and motions throughout the state of Florida. Ms. Gentile not only prides herself in collecting millions of dollars in benefits owed to clients, but also in forging long lasting,successful relationships with clients.

Ms. Gentile specializes in Personal Injury, Personal Injury Protection, Class Action Litigation (TCPA, banking, insurance breach of contract, data breach, unfair and deceptive trade practices), Wrongful Death, Wrongful Termination, as well as General Civil Litigation.

**Garrett Berg** is a partner at Shamis & Gentile, P.A. and leads the firms' TCPA department. Mr. Berg has over 8 years of class action litigation experience and has been certified class counsel in approximately a dozen cases. Mr. Berg's practice involves all aspects of federal and state civil litigation with a focus on consumer-protection class action lawsuits. Mr. Berg has been responsible for recovering millions of dollars owed to clients and class members across the nation and has litigated hundreds of cases.

**Edwin Elliott** is a partner at Shamis & Gentile, P.A. Mr. Elliott's practice involves all aspects of complex, high-level class action litigation. Mr. Elliott represents clients in federal and state courts across the nation in class actions involving consumer fraud, deceptive and unfair trade practices, false advertising, predatory financial services, digital privacy, and complex insurance disputes. Having prosecuted numerous class actions through all stages of the litigation process, Mr. Elliott's work has contributed to hundreds of millions in recoveries for consumers.

**Leanna Loginov** is a partner at Shamis & Gentile, P.A. and leads the firms' Data Privacy department. Ms. Loginov's practice primarily focuses on protecting individuals impacted by data breaches by ensuring their highly sensitive personl and health-related information is safeguarded. Ms. Loginov represents clients in federal and state courts across the nation. Ms. Loginov's work has helped consumers recover millions of dollars.

Our staff sets the standard on being innovative and technologically savvy. This innovation and use of fully customized cutting-edge case management software allows us to create an unparalleled level of customer service and attention to detail with our clients, which has led to an exceptional growth rate rarely seen in law firms.

Shamis & Gentile, P.A. has the resources, infrastructure and staff to successfully represent large putative classes. The attorneys and staff are not simply litigators, but directors of creating successful results with the ultimate level of satisfaction by the clients.

**Class Actions**

Shamis & Gentile, P.A. has initiated and served as both lead counsel and co-lead counsel in hundreds of class actions, many of which have generated internet articles. Currently, the firm serves as lead counsel of co-counsel on over 300 class action lawsuits. The lawsuits range from all Districts of Florida to the Central District of California. Shamis & Gentile, P.A. has also successfully settled many Class Action cases prior to verdict.

**Prominent Class Action Settlements**

Over the years, Shamis & Gentile attorneys have obtained outstanding results in some of the most well-known cases.

- *Andrews v. State Auto Mut. Ins. Co.*, No. 2:21-CV-5867 (S.D. Ohio 2023) ($6,500,000.00 Class Settlement)

- *Angell, et al. v. GEICO Advantage Insurance Company, et al.*, No. 4:20-CV-00799 (S.D. Tex. 2024) ($33,000,000 Class Settlement)

- *Arevalo, et. al. v. USAA Casualty Insurance Company, et. al.*, No. 2020CI16240 (Bexar County, Texas 2023) ($4,089,287.50 Class Settlement)

- *Albrecht v. Oasis Power, LLC*, No. 1:18-cv-1061 (N.D. Ill. 2018) ($7,000,000.00 Class Settlement)

- *Bloom v. Jenny Craig, Inc.*, No. 1:18-cv-21820-KMM, 2018 U.S. Dist. LEXIS 151686 (S.D. Fla. 2018) ($3,000,000.00 Class Settlement)

- *Bobo v. Clover Network, LLC*, No. 2023CH000168 (DuPage County, Illinois 2024) ($15,000,000 Class Settlement)

- *Bruin, et al. v. Bank of America, N.A.*, Case No. 1:21-cv-02272 (S.D. NY 2024) ($8,000,000 Class Settlement)

- *Davis, et. al. v. Geico Casualty Company, et. al.*, No. 19-cv-02477 (S.D. Ohio 2023) ($5,756,500.00 Class Settlement)

- *DeFranks v. Nastygal.com USA Inc.*, No. 19-cv-23028-DPG (S.D. Fla. 2019) ($4,025,000.00 Class Settlement)

- *Deleon III, et. al. v. Direct General Insurance Company, et. al.* No. 19-CA-001636 (Fla. 9th Cir. Ct.) ($2,450,000.00 Class Settlement)

- *Dipuglia v. US Coachways, Inc.*, No. 17-23006-Civ, 2018 U.S. Dist. LEXIS 72551 (S.D. Fla. 2018) ($2,600,000.00 Class Settlement)

- *Eisenband v. Schumacher Automotive, Inc.*, No. 18-cv-01061 (S.D. Fla 2018) ($5,000,000.00 Class Settlement)

- *Gottlieb v. Citgo Corporation*, No. 16-cv-81911 (S.D. Fla. 2016) ($8,300,000.00 Class Settlement)

- *In re: GEICO General Insurance Co.*, No. 4:19-cv-03768 (N.D. Cal. 2022) ($19,500,000 Class Settlement)

- *Jacques, et. al. v. Security National Insurance Company*, No. CACE-19-002236 (Fla. 17th

Cir. Ct.) ($6,000,000.00 Class Settlement)

- *Jones v. Washington State Employee's Credit Union*, No. 20-2-06596-5 (Superior Court of the State of Washington, County of Pierce) ($2,400,000.00 Class Settlement)

- *Johnson, et al. v. American Family Insurance Company, et al.*, No. 24SL-CC00378 (St. Louis County, Missouri 2024) ($22,000,000 Class Settlement)

- *McPheeters v. United Services Automobile Association and Garrison Property and Casualty Ins. Co.*, No. 1:20-CV-00414-TSB (S.D. Ohio 2022) ($10,250,00.00 Class Settlement)

- *Middleton v. Liberty Mut. Ins. Co.*, No. 1:20-cv-00668-DRC (S.D. Ohio 2023) ($14,404,00.00 Class Settlement)

- *Hinds-Thomas et al. v. LM General Insurance Company et al.*, No. 22SL-CC04131 (Circuit Court of St. Louis County, MO) ($8,669,083.00 Class Settlement)

- *Ostendorf v. Grange Indem. Ins. Co.*, No. 2:19-CV-1147 (S.D. Ohio 2020) ($12,000,000.00 Class Settlement)

- *Papa v. Greico Ford Fort Lauderdale, LLC*, No. 1:18-cv-21897 (S.D. Fla. 2018) ($4,800,000.00 Class Settlement)

- *Pena v. John C. Heath, Attorney at Law, PLLC, d/b/a Lexington Law Firm*, No. 18-cv-24407-UU (S.D. Fla. 2018) ($11,450,863.00 Class Settlement)

- *Petit Beau, et. al., v. Ocean Harbor Casualty Insurance Company*, No. CACE-18-029268 (Fla. 17th Cir. Ct.) ($4,500,000.000 Class Settlement)

- *Picton v. Greenway Chrysler-Jeep-Dodge Inc. d/b/a Greenway Dodge Chrysler Jeep*, No. 19-cv-00196-GAP-DCI (M.D. Fla. 2019) ($2,745,000.00 Class Settlement)

- *Sellers, et al. v. Bleacher Report, Inc.*, No. 2024-003537-CA-01 (Miami-Dade County, Florida 2024) ($4,800,000 Class Settlement)

- *Soto-Melendez v. Banco Popular de Puerto Rico*, No. 3:20-cv-01057 (D.P.R. 2023) ($5,500,00.00 Class Settlement)

- *South, et. al. v. Progressive Select Insurance Company, et. al.*, No. 19-cv-21760 (S.D. Fla. 2023) ($48,800,000.00 Class Settlement)

**More About Shamis & Gentile, P.A.**

To learn more about our firm, please visit www.shamisgentile.com, or view links to our blogs at https://www.sflinjuryattorneys.com/blog/.

# EXHIBIT 5



**20900 NE 30TH AVE #417 AVENTURA, FL 33180**

**786 289 9471  |  EDELSBERGLAW.COM**

**ABOUT US**

Your Trusted Class Action Law Firm. We are a dedicated class action firm committed to providing wide-ranging legal representation focused on delivering for our clients. Edelsberg Law is one of the top class action and commercial litigation law firms in the country.

**THE EDELSBERG LAW PROMISE**

Never shying away from litigating large consumer national class actions, Edelsberg Law is trusted by clients across the country to represent their interests and resolve their legal matters.

**OUR MISSION**

The attorneys and legal professionals at Edelsberg Law take pride in offering the highest caliber legal representation
We strive to help those that need help vindicating their rights and do not shy away from the difficult cases. If we take your case, we promise to work hard, efficient, and in your best interest.

**SETTLEMENTS**

Defranks V. Nastygal Class Settlement For $5 Million Case No. 19-Cv-23028 (S.D. Fla 2020), Picton V. Greenway Dodge Class Settlement For $2,745,000 Case No. 19-Cv-196-Orl (M.D. Fla 2020), Ostendorf V. Grange Indem. Ins. Co. Class Settlement For $12 Million Case No. 2:19-Cv-1147, 2020 Wl 134169 (S.D. Ohio 2020), Banks V. Fuccilloo Affiliates Of Florida Class Settlement For $1,854,260 Case No. 19-Cv-00227 (M.D. Fla 2020), Goldschmidt V. Rack Room CLASS SETTLEMENT FOR $25.9 MILLION Case No. 18-CV-21220 (S.D. FLA 2020), PENA V. LEX LAW CLASS SETTLEMENT FOR $11.5 MILLION Case No. 18-CV-24407 (S.D. FLA 2020, Cortazar V. Ca Ventures Class Settlement For $600,000 Case No. 19-Cv-22075 (S.d. Fla 2020), Albrecht V. Oasis Power Class Settlement For $11 Million Case No. 18-Cv-1061 (S.D. Fla 2020), Robley V. Ids Property Casualty Ins. Co. Class Settlement For $275,000 Case No. 2019-022263-Ca-01 (Fla. 11th Cir. Ct.), Bracero V. Mendota Ins. Co. Class Settlement For $1.1 Million Case No. 2019-015886-Ca-01 (Fla. 11th Cir. Ct.),  Avila-Preciado V. Horace Mann Property & Casualty Insurance Co. Class Settlementfor $290,000 Case No. 19-Ca-004683 (Fla. 20th Cir. Ct.), Colon V. Direct General Ins. Co. Class Settlement For $780,000 Case No. 2019-Ca-1636 Oc, (Fla. 9th Cir. Ct.), Junior Et Al. V. Infinity Auto Insurance Company Over $20 Million Settlement For Unpaid Sales Tax And Certain Fees, Final Approval Pending Case No. 6:18-Cv-01598-Wwbejk (M.D. Fla), Smart Et Al. V. Auto Club Insurance Et Al. Class Settlement For Over $850,000 Case No. 19-Ca-005580 (Fla. 13th Cir. Ct.), Suarez V. Mapfre Insurance Co. Of Florida Class Settlement For $800,000 Case No. 2019-020729-Ca-01 (Fla. 11th Cir. Ct.), George V. Peachtree Casualty Insurance Co. Class Settlement For $580,000 Case No. Ca-19-674 (Fla. 7th Cir. Ct.), Dunleavy V. Surinse Detox Class Settlement For $500,000 Case No. 18-Cv-25090 (S.D. Fla 2019), Eisenband V. Schumacher Automative Class Settlement For $5 Million Case No. 9:18-Cv-80911 (S.D. Fla 2019), Poirier V. Cubamax Class Settlement For $800,000 Case No. 1:18-Cv-23240 (S.D. Fla 2019), Mclean V. Osborn Class Settlement For $800,000 Case No. 18-Cv-81222 (S.D. Fla 2019), Bloom V. Jenny Craig Class Settlement For $3 Million Case No. 1:18-Cv-21820 (S.D. Fla 2019), Papa V. Greico Ford Class Settlement For $4.9 Million Case No. 18-21897 (S.D. Fla 2019), Wijesinha V. Susan B. Anthony Class Settlement For $1,017,430 Case No. 18-Cv-22880 (S.D. Fla 2019), Halperin V. Youfit Heath Clubs Class Settlement For $1,418,635 Case No. 18-Cv-61722 (S.D. Fla 2019), Dipuglia V. U.S. Coachways, Inc. Class Settlement For $2.6 Million Case No. 17-23006-Civ (S.D. Fla 2018), Gottlieb V. Citgo Class Settlement For $8.3 Million Case No. 9:16-81911 (S.D. Fla 2017), Masson V. Tallahasse Dodge Jeep Chrysler, Llc. Class Settlement For $850,000 Case No. 1-17-Cv-22967 (S.D. 2017), Stathakos V. Columbia Sportswear Company Obtained Classwide Injuctive Relief Case No. 4:15-Cv-04543 (N.D. California 2017).



# SCOTT EDELSBERG
## PARTNER

**E:** scott@edelsberglaw.com
**O:** 310-438-5355
**C:** 305-975-3320

Scott Edelsberg's broad-based litigation experience representing both plaintiffs and defendants provides him with an invaluable perspective when prosecuting claims on behalf of consumers who have been harmed by corporate wrongdoing.

Scott Edelsberg is the founding partner of Edelsberg Law, PA and focuses his practice in the areas of class actions, consumer fraud and personal injury.

In connection with his representation in class action matters, Edelsberg has litigated cases in multiple state and federal jurisdictions throughout the country, including two multi-district litigation proceedings. In those cases, Edelsberg has won contested class certification motions, defended dispositive motions, engaged in data-intensive discovery and worked extensively with economics and information technology experts to build damages models. His efforts have lead to numerous class settlements, resulting in millions of dollars in relief for millions of class members.

Edelsberg is a native of South Florida and earned a Bachelor of Arts degree in Political Science from the University of Michigan. While at Michigan, he was awarded the Michigan Merit Scholar award and served as an intern for the Washtenaw County Public Defender's office. Edelsberg went on to receive a Juris Doctor degree, Cum Laude, from the University of Miami School of Law. While attending law school, he was on the Dean's List, a member of the International and Comparative Law Review, a Merit Scholarship recipient and served as an Equal Justice for America Fellow.

### EDUCATION

University of Miami School of Law, J.D. - 2012

University of Michigan, B.A. - 2009

### BAR ADMISSIONS

Florida

California

### COURT ADMISSIONS

Southern District of Florida

Middle District of Florida

### PRIMARY PRACTICE

Class Action



# ADAM SCHWARTZBAUM
## PARTNER

**E:** adam@edelsberglaw.com
**O:** 786-673-2405
**C:** 305-725-1245

Adam Schwartzbaum is a Partner at Edelsberg Law in Miami, Florida, where he plays a leading role representing individuals in class action litigation across the country. Adam has a wealth of experience representing both plaintiffs and defendants in state and federal court and at the trial and appellate levels. Adam's passion for using the law to better the lives of ordinary people makes him a fierce advocate for his clients and a champion for justice. Further, Adam has helped recover over $1.6 billion for his clients over the course of his legal career.

Adam was previously a partner at The Moskowitz Law Firm, where he worked on some of the country's largest class actions and multi-district litigation cases. Adam directly represented many survivors of the Champlain Towers South Condominium Collapse Litigation in the firm's role as lead counsel for the economic loss victims and helped achieve a historic $1.1 billion settlement. Adam also worked directly with Co-Lead Counsel to help organize and run two federal multi-district litigations: the FieldTurf Artificial Turf Marketing and Sales Practices Litigation, and the Erie COVID-19 Business Interruption Insurance Protection Litigation. Other representative matters include the Transamerica and Lincoln cost of insurance litigation; the COVID-19 student fee cases against Florida public schools, including appeals in all of Florida's District Courts of Appeal; several Ponzi scheme cases on behalf of investors against both principals and aiders and abettors; suits challenging illegal and deceptive and unfair business practices in the insurance industry; and a certified issue class concerning the Fort Lauderdale Water Main Break against Florida Power & Light and several of its subcontractors that was affirmed on appeal and resulted in a trial victory for the certified class. Adam also chaired the firm's busy appellate practice, utilizing his twelve years of appellate experience to lead over a dozen appeals in the Florida District Courts of Appeal and the federal Circuit Courts of Appeal. For example, Adam helped lead a team of lawyers to brief and argue Cherry v. Dometic, 986 F.3d 1296 (11th Cir. 2021), an appeal that resulted in an opinion clarifying and revising the "ascertainability" standard to the benefit of class action plaintiffs across the country.

Adam began his legal career with a defense-oriented practice split between appellate and trial level advocacy. At Weiss Serota Helfman Cole & Bierman, Adam represented many local governments, as well as businesses and individuals, in both state and federal court, in a variety of commercial disputes and lawsuits involving complex constitutional and statutory issues. Prior to that, Adam practiced complex commercial litigation at White & Case.

Adam was raised in the Cuban-Jewish community in Miami Beach. He attended Brandeis University as a Justice Brandeis Scholar where he earned a Bachelor of Arts with highest honors and graduated summa cum laude and Phi Beta Kappa. Adam performed a year of national service in Washington, D.C. with City Year before attending the University of Pennsylvania Law School as a Levy Scholar. Adam was a Senior Editor of the University of Pennsylvania Law Review (which published his scholarship) and a member of the Penn Moot Court Board. Adam was President of the Penn Law student chapter of the American Constitution Society and was honored for his outstanding contributions to pro bono work on behalf of workers and children in Philadelphia.

Since 2015, Adam has served on the Board of Directors of Nu Deco Ensemble, Miami's 21st Century chamber orchestra, and is currently the corporate Secretary. Adam is the founder and Team Captain for Jewish Community Service's Miami Marathon and Half Marathon Team Blue Card, which since 2013 has raised over half a million dollars to support indigent Holocaust Survivors. Adam also sits on the Board of Directors of Temple Menorah in Miami Beach.

## EDUCATION

Brandeis University, B.A., 2007

University of Pennsylvania Law School, 2011

## BAR ADMISSIONS

Florida Bar

Southern District of Florida

Middle District of Florida

Eleventh Circuit Court of Appeals

Third Circuit Court of Appeals

## AWARDS & RECOGNITION

Rising Star, Super Lawyer Magazine, 2018, 2019, 2020, 2021, 2022, 2023

Miami Dade County Bar Association "40 Under 40" Award (2023)

Palm Beach Media Group Top Lawyers, 2023

## PRIMARY PRACTICE

Class Action



# GABRIEL MANDLER
## PARTNER

**E:** gabriel@edelsberglaw.com
**C:** 786-200-4316

Gabriel Mandler is a Senior Associate at Edelsberg Law. His practice focuses on multi-state consumer class action litigation, representing clients in both state and federal courts at the trial and appellate levels.

Gabriel has experience litigating a broad range of class action disputes, including employment discrimination, insurance disputes and mass torts. Gabriel previously worked at Stroock & Stroock & Lavan LLP, where he was part of a team in the remedial phase of a Title VII class action that recovered approximately $2 billion for African American and Latino teachers who were discriminated against by New York City's Board of Education. Gabriel also has extensive experience handling complex commercial litigation disputes through trial.

A Miami native, Gabriel graduated magna cum laude from the University of Miami School of Law, where he was a member of the Business Law Review and Charles C. Papy, Jr. Moot Court Board. During this time, Gabriel interned for the Honorable Jonathan Goodman, a United States Magistrate Judge for the Southern District of Florida. Prior to law school, Gabriel earned his Bachelor of Arts Degree in Journalism and Communications from the University of Florida.

## EDUCATION

University of Miami Law School, J.D.
University of Florida, B.A.



# OMER KREMER

## ASSOCIATE

**E:** omer@edelsberglaw.com
**C:** 786-289-9471

Omer Kremer is an Associate at Edelsberg Law. His practice focuses on corporate and shareholder litigation, including derivative actions, securities class actions, and complex commercial disputes in both state and federal courts.

Omer has broad experience litigating fiduciary duty claims, executive compensation disputes, and securities fraud class actions. He regularly handles all stages of litigation, from pre-suit investigation through discovery, motion practice, and appeals. He also has experience managing eDiscovery, preparing for depositions, and briefing federal appellate matters.

Prior to joining Edelsberg Law, Omer was an associate at Purcell & Lefkowitz LLP, where he represented stockholders in derivative actions in the Delaware Court of Chancery. Prior to that, Omer was an associate at Wolf Popper LLP, where he worked on securities fraud and consumer protection class actions in federal courts across the country. Omer has also previously represented investors in FINRA arbitration through Pace Law's Investor Rights Clinic.

Omer earned his J.D. from the Elisabeth Haub School of Law at Pace University and an LL.M. from Northeastern University School of Law. He also holds an M.B.A. in International Business and a B.A. in Criminal Justice from Lynn University. He is admitted to practice in New York and Massachusetts and is fluent in English, Hebrew, and Romanian.

### EDUCATION

Northeastern University School of Law, LL.M.- 2022
Elisabeth Haub School of Law at Pace University, J.D. 2020
Lynn University, M.B.A. – 2017
Lynn University, B.A. - 2016

### BAR ADMISSIONS

New York
Massachusetts

### PRIMARY PRACTICE

Class Action