UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>Defendants. | Civil Action No. 1:25-cv-06534<br><br><br>CLASS ACTION<br><br><br>Hon. Matthew F. Kennelly |

**NOTICE OF FILING OF MOTION OF MAN HE AND MICHAEL WHITE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

TO:     Counsel of Record

PLEASE TAKE NOTICE that movants Man He ("He") and Michael White ("White"), by and through their counsel, hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing He and White as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons and entities that purchased Tempus AI, Inc. common stock between August 6, 2024 and May 27, 2025, inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class.

This motion may be opposed by other lead plaintiff movants. However, the nature and extent of any opposition will not be known to He and White until the 12:00 a.m. deadline for motions. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

He and White, as the proposed Co-Lead Plaintiffs, have timely filed this motion pursuant to the PSLRA and are believed to be the investors with the largest financial interest in the outcome of this litigation. The proposed Co-Lead Plaintiffs meet the requirements of the PSLRA and Federal Rule of Civil Procedure 23 in that their claims are typical of the claims of the Class, and they will fairly and adequately represent the interests of the Class. The proposed Co-Lead Plaintiffs' choice of counsel should be accepted by this Court because the proposed Co-Lead Plaintiffs' selected counsel, Pomerantz, is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

In further support of this Motion, He and White rely on the accompanying Memorandum of Law, as well as the Declaration of J. Alexander Hood II, Esq. and the exhibits appended thereto, filed herewith.

1

WHEREFORE, He and White respectfully request that the Court issue an Order: (1) appointing He and White as Co-Lead Plaintiffs for the Class; and (2) approving their selection of Pomerantz as Lead Counsel for the Class.

Dated: August 12, 2025

Respectfully submitted,

POMERANTZ LLP

/s/ J. Alexander Hood II
J. Alexander Hood II
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com

POMERANTZ LLP
Joshua B. Silverman
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants Man He and Michael White and Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
(*pro hac vice* application forthcoming)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Co-Lead Plaintiff Movants Man He and Michael White*

2