UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>    Defendants. | Civil Action No.  1:25-cv-06534<br><br><br>CLASS ACTION<br><br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF MAN HE AND MICHAEL WHITE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Man He ("He") and Michael White ("White"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of He and White's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth He and White's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on June 13, 2025, announcing the pendency of the Action;

Exhibit C:    Shareholder Certifications executed by He and White;

Exhibit D:    Joint Declaration executed by He and White; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 12, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1