# EXHIBIT A

**Tempus AI, Inc. (TEM)**
**Class Period: August 6, 2024 to May 27, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Days* Mean Price $61.8764 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Michael White | | 600 | | ($51,012) | | (600) | | $37,486 | 600 | 0 | $0 | ($13,526) |
| Man He | | 40,279 | | ($2,026,097) | | (40,279) | | $1,984,567 | 0 | 0 | $0 | ($41,530) |
| **Michael White; Man He** | | **40,879** | | **($2,077,109)** | | **(40,879)** | | **$2,022,053** | **600** | **0** | **$0** | **($55,056)** |
| | | | | | | | | | | | | |
| **Michael White** | 2/19/2025 | **600** | $85.0200 | **($51,012)** | 7/31/2025 | **(600)** | $62.4770 | **$37,486** | **600** | **0** | **$0** | **($13,526)** |
| | | | | | | | | | | | | |
| Man He | 1/27/2025 | 300 | $50.3600 | ($15,108) | 1/29/2025 | (300) | $51.2100 | $15,363 | | | | |
| Man He | 2/25/2025 | 300 | $60.8200 | ($18,246) | 2/26/2025 | (3,147) | $65.5000 | $206,129 | | | | |
| Man He | 2/25/2025 | 400 | $60.1000 | ($24,040) | 2/28/2025 | (3,700) | $53.6753 | $198,599 | | | | |
| Man He | 2/25/2025 | 119 | $60.0300 | ($7,144) | 3/12/2025 | (3,000) | $45.0000 | $135,000 | | | | |
| Man He | 2/25/2025 | 22 | $57.1100 | ($1,256) | 3/12/2025 | (2,000) | $46.1000 | $92,200 | | | | |
| Man He | 2/25/2025 | 6 | $59.0000 | ($354) | 3/12/2025 | (3,200) | $48.1000 | $153,920 | | | | |
| Man He | 2/26/2025 | 1,500 | $58.3300 | ($87,495) | 3/12/2025 | (3,200) | $45.2000 | $144,640 | | | | |
| Man He | 2/26/2025 | 800 | $58.6700 | ($46,936) | 3/13/2025 | (2,200) | $46.3000 | $101,860 | | | | |
| Man He | 2/27/2025 | 3,000 | $58.6300 | ($175,890) | 3/14/2025 | (2,800) | $45.3000 | $126,840 | | | | |
| Man He | 2/27/2025 | 500 | $58.1600 | ($29,080) | 3/17/2025 | (2,500) | $47.5000 | $118,750 | | | | |
| Man He | 2/28/2025 | 200 | $56.6800 | ($11,336) | 3/18/2025 | (500) | $48.3800 | $24,190 | | | | |
| Man He | 2/28/2025 | 3,000 | $55.9500 | ($167,850) | 3/20/2025 | (1,232) | $46.9400 | $57,830 | | | | |
| Man He | 3/12/2025 | 2,000 | $45.1900 | ($90,380) | 3/21/2025 | (2,500) | $48.7000 | $121,750 | | | | |
| Man He | 3/12/2025 | 3,200 | $48.0600 | ($153,792) | 3/25/2025 | (1,000) | $56.2500 | $56,250 | | | | |
| Man He | 3/12/2025 | 3,200 | $48.7000 | ($155,840) | 3/27/2025 | (400) | $53.6000 | $21,440 | | | | |
| Man He | 3/13/2025 | 1,000 | $45.2000 | ($45,200) | 3/27/2025 | (2,000) | $52.0600 | $104,120 | | | | |
| Man He | 3/13/2025 | 1,200 | $45.7000 | ($54,840) | 4/1/2025 | (2,000) | $48.6900 | $97,380 | | | | |
| Man He | 3/13/2025 | 1,500 | $45.5000 | ($68,250) | 4/8/2025 | (2,400) | $41.7600 | $100,224 | | | | |
| Man He | 3/13/2025 | 500 | $42.9200 | ($21,460) | 4/9/2025 | (10) | $35.9000 | $359 | | | | |
| Man He | 3/13/2025 | 500 | $42.7500 | ($21,375) | 4/9/2025 | (50) | $35.8700 | $1,794 | | | | |
| Man He | 3/13/2025 | 300 | $42.9500 | ($12,885) | 4/23/2025 | (2,140) | $49.5000 | $105,930 | | | | |
| Man He | 3/17/2025 | 1,500 | $47.7073 | ($71,561) | | | | | | | | |
| Man He | 3/17/2025 | 500 | $47.0557 | ($23,528) | | | | | | | | |
| Man He | 3/17/2025 | 200 | $46.9700 | ($9,394) | | | | | | | | |
| Man He | 3/17/2025 | 300 | $46.4800 | ($13,944) | | | | | | | | |
| Man He | 3/17/2025 | 500 | $48.0500 | ($24,025) | | | | | | | | |
| Man He | 3/18/2025 | 300 | $46.9400 | ($14,082) | | | | | | | | |
| Man He | 3/18/2025 | 200 | $46.5000 | ($9,300) | | | | | | | | |

*Avg Closing Prices from May 28, 2025 to August 11, 2025

**Tempus AI, Inc. (TEM)**
**Class Period: August 6, 2024 to May 27, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Days* Mean Price $61.8764 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Man He | 3/18/2025 | 100 | $45.6000 | ($4,560) | | | | | | | | |
| Man He | 3/19/2025 | 32 | $46.2500 | ($1,480) | | | | | | | | |
| Man He | 3/19/2025 | 600 | $47.1300 | ($28,278) | | | | | | | | |
| Man He | 3/20/2025 | 2,000 | $47.5000 | ($95,000) | | | | | | | | |
| Man He | 3/20/2025 | 500 | $47.3000 | ($23,650) | | | | | | | | |
| Man He | 3/24/2025 | 1,000 | $53.8600 | ($53,860) | | | | | | | | |
| Man He | 3/25/2025 | 1,000 | $60.1900 | ($60,190) | | | | | | | | |
| Man He | 3/25/2025 | 500 | $59.5100 | ($29,755) | | | | | | | | |
| Man He | 3/25/2025 | 500 | $59.7000 | ($29,850) | | | | | | | | |
| Man He | 3/26/2025 | 400 | $56.5000 | ($22,600) | | | | | | | | |
| Man He | 4/1/2025 | 800 | $48.3700 | ($38,696) | | | | | | | | |
| Man He | 4/1/2025 | 200 | $48.0900 | ($9,618) | | | | | | | | |
| Man He | 4/1/2025 | 500 | $47.6000 | ($23,800) | | | | | | | | |
| Man He | 4/1/2025 | 500 | $47.1700 | ($23,585) | | | | | | | | |
| Man He | 4/1/2025 | 600 | $46.1400 | ($27,684) | | | | | | | | |
| Man He | 4/3/2025 | 600 | $45.8000 | ($27,480) | | | | | | | | |
| Man He | 4/3/2025 | 600 | $45.8000 | ($27,480) | | | | | | | | |
| Man He | 4/4/2025 | 300 | $44.5600 | ($13,368) | | | | | | | | |
| Man He | 4/4/2025 | 100 | $43.6600 | ($4,366) | | | | | | | | |
| Man He | 4/4/2025 | 100 | $43.3850 | ($4,339) | | | | | | | | |
| Man He | 4/4/2025 | 100 | $42.6700 | ($4,267) | | | | | | | | |
| Man He | 4/8/2025 | 1,000 | $44.8200 | ($44,820) | | | | | | | | |
| Man He | 4/8/2025 | 500 | $44.5250 | ($22,263) | | | | | | | | |
| Man He | 4/8/2025 | 300 | $44.1800 | ($13,254) | | | | | | | | |
| Man He | 4/8/2025 | 300 | $43.6500 | ($13,095) | | | | | | | | |
| Man He | 4/8/2025 | 100 | $41.6900 | ($4,169) | | | | | | | | |
| **Man He** | | **40,279** | | **($2,026,097)** | | **(40,279)** | | **$1,984,567** | **0** | **0** | **$0** | **($41,530)** |

*Avg Closing Prices from May 28, 2025 to August 11, 2025