# EXHIBIT B



*Source:* *Shamis & Gentile, P.A.*

*June 13, 2025 15:00 ET*

# Shamis & Gentile, P.A. Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Tempus AI, Inc. and Sets a Lead Plaintiff Deadline of August 12, 2025

MIAMI, June 13, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Shamis & Gentile, P.A:

**To: All persons or entities who purchased or otherwise acquired Tempus AI, Inc. ("Tempus" or the "Company") (NASDAQ:TEM) common stock between August 6, 2024 and May 27, 2025, inclusive. <u>You are hereby notified</u>** that the class action lawsuit *Shouse v. Tempus AI. Inc., et al.*, Case No. 1:25-cv-06534 has been commenced in the United States District Court for the Northern District of Illinois. For more information go to:

<u>Securities Fraud Class Action</u>

Impacted investors may also contact attorney Andrew Shamis at securites@shamisgentile.com or (305) 479-2299. **There is no cost or obligation to you.**

The complaint alleges Tempus branded itself as an AI company despite having little history of generating significant revenues from AI solutions. Instead, the Company generated most of its revenues from acquisitions, genomic testing and data licensing agreements. Defendants repeatedly claimed that the contract value and quality of its data licensing agreements with life science companies were secure and expanding. The Company often reported on its relationship with long-term customer AstraZeneca as an example. Importantly, Tempus announced an expanding contract with AstraZeneca via a joint venture between the Company, AstraZeneca and Pathos AI. The Company similarly announced a joint venture with SoftBank as a way to generate revenue growth by entering the Japanese market. Tempus additionally claimed high revenue potential for Ambry Genetics, a target it acquired. The Company claimed Ambry Genetic's accelerated growth was on account of its strong relationships with health care providers.

On May 28, 2025, Spruce Point Capital Management, LLC issued a research report on Tempus that raised numerous red flags over Tempus' management, operations and financial reporting (the "Spruce Point Report"). The Spruce Point Report scrutinized Tempus on an array of issues, including: (1) Tempus CEO Eric Lefkofsky and his associates have a history cashing out of companies before public shareholders incur losses or lackluster returns; (2) Tempus' actual AI capabilities are over overstated; (3) board members and other executives have been associated with troubled companies that restated financial results; (4) signs of aggressive accounting and financial reporting; (4) issues with the AstraZeneca and Pathos AI deal that merit scrutiny; and (5) the Company's recent financial guidance revision reveals weakness in core operations.

On this news, the price of Tempus common stock fell $12.67 per share, or 19.23%, from a closing price of $65.87 per share on May 27, 2025, to a closing price of $53.20 per share on May 28, 2025.

If you suffered a loss in Tempus common stock, you have until August 12, 2025 to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**About Shamis & Gentile P.A.**

Shamis & Gentile, P.A. stands out as an advocate for investors who are victims of securities fraud. The firm is committed to securing recoveries for investors who have incurred damages due to false and misleading statements or other corporate misconduct by public companies. Shamis Gentile has recovered over $1 billon for consumers nationwide. Its extensive experience, expertise, and resources, enable the firm to resolve disputes in a wide range of matters, including class actions, mass torts, and mass arbitrations.

**Contact**

Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Ave, Ste 705
Miami, FL 33132
securites@shamisgentile.com
Tel: (305) 479-2299
[www.ShamisGentile.com](http://www.ShamisGentile.com)