**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated, <br><br>                  Plaintiff, <br><br>        v. <br><br> TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS, <br><br>                  Defendants. | Case No. 1:25cv06534 <br><br> **CLASS ACTION** <br><br> Hon. Matthew F. Kennelly |

**MOTION OF ART ESA FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, lead plaintiff movant Art Esa ("Esa") hereby moves this Court, the Honorable Matthew F. Kennelly, United States District Judge of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, for an Order:

(a)  appointing Esa as Lead Plaintiff; and

(b)  approving Esa's selection of Bernstein Liebhard LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Carol Gilden, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

1

Dated:  August 12, 2025

Respectfully submitted,

**COHEN MILSTEIN SELLERS
  & TOLL, PLLC**

By: */s/ Carol V. Gilden*
        Carol V. Gilden (Ill. Bar No. 6185530)

200 S. Wacker Drive, Suite 2375
Chicago, IL 60606
Telephone: (312) 357-0370
Email: cgilden@cohenmilstein.com

*Liaison Counsel for Art Esa and Proposed
Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Email:  lhasson@bernlieb.com
              seidman@bernlieb.com

*Counsel for Art Esa and Proposed Lead
Counsel for the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: August 12, 2025

/s/ Carol Gilden
Carol Gilden

3