**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   v.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>         Defendants. | Case No. 1:25cv06534<br><br>**CLASS ACTION**<br><br>Hon. Matthew F. Kennelly |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT**
**OF THE MOTION OF ART ESA FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, CAROL GILDEN, hereby declare under penalties of perjury that:

1. I am a partner with Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I make this Declaration in Support of the Motion of Art Esa ("Esa") for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Esa's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Esa's Loss Chart;

Exhibit D: Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:      Firm Résumé of Cohen Milstein.

Dated: August 12, 2025                    */s/ Carol V. Gilden*
                                          CAROL GILDEN

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: August 12, 2025

*/s/ Carol V. Gilden*
Carol Gilden

2