# EXHIBIT C

**Tempus AI, Inc. (TEM)**

FIFO/LIFO/DURA Losses
Class Period: 08/06/2024 - 05/27/2025

Hold Price: $61.8763

| MOVANT | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| ART ESA | 02/18/25 | 3,500.00 | 89.8000 | 314,300.00 | | | | 0.00 | 3,500.000 | 216,567.21 | (97,732.79) |
| **ART ESA Totals** | | **3,500.00** | | **$314,300.00** | | **-** | | **$0.00** | **3,500.000** | **$216,567.21** | **($97,732.79)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $61.8763 per share.