UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREVOR SHOUSE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEMPUS AI, INC., ERIC LEFKOFSKY, and JIM ROGERS,<br><br>Defendants. | Civil Action No. 1:25-cv-06534<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL**

Lead Plaintiff Art Esa, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Tempus AI, Inc., Eric Lefkofsky and James Rogers (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment in this action.

1

Dated: October 27, 2025

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL, PLLC**

By: *Carol V. Gilden*
     Carol V. Gilden

200 South Wacker Drive, Suite 2375
Chicago, IL 60606
Telephone: (312) 357-0370
Ill. Bar No. 6185530
Email: cgilden@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Art Esa and The Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
Robert S. Rowley
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: lhasson@bernlieb.com
       seidman@bernlieb.com
       rrowley@bernlieb.com

*Lead Counsel for Lead Plaintiff Art Esa and the Proposed Class*