**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trevor Shouse, et al.
        Plaintiff,

v.              Case No.: 1:25−cv−06534
              Honorable Matthew F. Kennelly

Tempus AI, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 17, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly:Telephonic status hearing held on 11/17/2025. Pursuant to the notice of voluntary dismissal [48], the claims of the plaintiff are dismissed without prejudice. This does not impact the claims of punitive class members. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.